IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER J. THORPE,

    Petitioner,

v.                                  4:20cv408–WS/HTC

SECRETARY, DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed December 1, 2022. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 19) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation is due to be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1), challenging the conviction in *State v. Thorpe*, 2011–CF–1190, in Leon County, Florida, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __14th__ day of __February__, 2023.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE.